# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

**Today's Date:** 2/25/2016

### ACCOUNT HOLDER & REQUESTER INFORMATION:

| | |
|---|---|
| **Account Holder Name:** Rebecca Johns | |
| **Billing Address:** 3100 Riverside Dr., Apt. 137 | |

| | | |
|---|---|---|
| **City:** Los Angeles | **State:** CA | **Zip Code:** 90027 |
| **Requester Telephone:** 213-229-5139 | **Requester Email:** rjohns@mayerbrown.com | |

### PAY.GOV TRANSACTION DETAILS:

| | |
|---|---|
| **Pay.gov Tracking ID Number:** 25Q51P80 | **Fee Type:**  Attorney Admission / X Civil Case Filing / Notice of Appeal / Pro Hac Vice / Writ of Habeas Corpus |
| **Agency Tracking ID Number:** 0971- 0971-10242670 | |
| **Full Case Number (if applicable):** 3:16-cv-00937 | |
| **Transaction Date:** 2/25/2016 | **Transaction Time:** 3:10pm |
| **Transaction Amount (Amount to be refunded):** 400.00 | |
| **Reason for Refund Request:** Filing fee was paid twice in error. | |

### NOTES:
- The information required above can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.
- For information on submitting this form to the court, see: cand.uscourts.gov/ecf/payments.
- For questions, contact the ECFHelpDesk at ECFHelpDesk@cand.uscourts.gov or 1-866-638-7829 Mon-Fri 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| **Refund Request:** | Approved / Denied / ✓ Denied - Resubmit Amended Application (see Reason for Denial) |
| **Approval / Denial Date:** 3/3/2016 | **Refund Approved By:** Ana Bararan |
| **Pay.gov Refund Tracking ID Refunded:** | |
| **Agency Refund Tracking ID Number:** | |
| **Date Refund Processed:** | **Refund Processed By:** |
| **Reason for Denial (if applicable):** Pay.gov and Agency Tracking ID numbers listed on the application is the agency tracking ID number that is on the docket. Pay.gov does not show duplicate payment | |
| **Referred for OSC Date (if applicable):** | |

USDC-CAND http://cand.uscourts.gov PAY.GOV APPLICATION FOR REFUND – Version 1.2 – 04/15/2015


American LegalNet, Inc.
www.FormsWor...