Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FREDERICK WILLIAM GULLEN,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　　　　Defendant(s). | Case No: 3:16-CV-00937-<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, David Philip Milian, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Frederick William Gullen in the above-entitled action. My local co-counsel in this case is Albert Y. Chang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Carey Rodriguez Milian Gonya LLP<br>1395 Brickell Avenue, Suite 700, Miami, FL | Bottini & Bottini, Inc.<br>7817 Ivanhoe Avenue, La Jolla, CA 92037 |
| MY TELEPHONE # OF RECORD:<br>(305) 372-7474 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(858) 914-2001 |
| MY EMAIL ADDRESS OF RECORD:<br>DMilian@CareyRodriguez.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>AChang@bottinilaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 844421.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/09/17

　　　　　　　　　　　　　　　　　　　　　　　David Philip Milian
　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David Philip Milian is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/10/17

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE