UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 30 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| FREDERICK WILLIAM GULLEN, on behalf of himself and all others similarly situated, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant-Appellee. | No. 18-15785 <br><br> D.C. No. 3:16-cv-00937-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The Court is of the opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument.

Therefore, this matter is ordered submitted without oral argument on June 12, 2019, at San Francisco, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT

MOLLY DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7